**CHARLES J. DeHART III**
STANDING CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE
HUMMELSTOWN PA   17036

TELEPHONE 717-566-6097
FAX 717-566-8313
dehartstaff@pamd13trustee.com

January 7, 2010

Clerk, U.S. Bankruptcy Court

RE: Deanna d. Baysore
    Bankruptcy Case No.  1-06-00536
    Unclaimed Funds For: Justin Beiber
                         289 Montgomery Street
                         Montgomery PA 17752

Dear Clerk:

Enclosed herewith please find check No.7613385 for $4,202.02 drawn on the Fulton Bank representing unclaimed funds for a creditor in the above-referenced bankruptcy.

Should you have any questions or concerns regarding this matter, please feel free to contact our office.

Very truly yours,

*Carol A. Kreider*

Carol A. Kreider
Funds Manager